UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DEREK COPPINS,

                    Petitioner,

v.                                              9:20-CV-0736
                                                       (GTS/DJS)

WILLIAM LEE,

                    Respondent.
_____

APPEARANCES:                                        OF COUNSEL:

DEREK COPPINS, 17-A-0399
  Petitioner, *Pro Se*
Eastern NY Correctional Facility
Box 339
Napanoch, New York 12458

HON. LETITIA A. JAMES                       DENNIS A. RAMBAUD, ESQ.
Attorney General for the State of New York      Assistant Attorney General
  Counsel for Respondent
28 Liberty Street
New York, New York 10005

GLENN T. SUDDABY, Chief United States District Judge

**DECISION and ORDER**

      Currently before the Court in this habeas corpus proceeding filed by Derek Coppins ("Petitioner") pursuant to 28 U.S.C. § 2254, are (1) the Report-Recommendation of United States Magistrate Judge Daniel J. Stewart recommending that the Petition be denied and dismissed because Petitioner's claim involves a question of state procedural law that is not cognizable in a federal habeas corpus proceeding, and recommending that no Certificate of Appealability be issued, (2) Petitioner's (one-page) Objection to the Report-Recommendation, and (3) his motion

for the appointment of counsel. (Dkt. Nos. 13, 14, 15.) After carefully reviewing the relevant papers herein, including Magistrate Judge Stewart's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise: Magistrate Judge Stewart employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, the Petition is denied and dismissed, and Petitioner's motion for the appointment of counsel is denied as moot (and alternatively as unsupported by a showing of cause).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 13) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Petitioner's Petition for a writ of habeas corpus (Dkt. No. 1) is **DENIED** and **DISMISSED**; and it is further

**ORDERED** that Petitioner's motion for the appointment of counsel (Dkt. No. 15) is **DENIED**.

The Court declines to issue a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

Dated: June 17, 2021
      Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge